motion, and serve the printed papers upon respondents' attorney on or before August 1st, in which case motion is denied, without costs.

BUCKLEY et al., Respondents, **v.** NEW YORK & BOSTON DYEWOOD CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 9, 1906.) Action by Daniel Buckley and others against the New York & Boston Dyewood Company. No opinion. Order reversed, with $10 costs and disbursements, on the ground that the justice had no right to make the order punishing the defendant for contempt, for the reason that he had adjourned the motion, and the case was not before him when he made the order, and he never heard the parties.

BURKE, Respondent, v. BAKER et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 4, 1906.) Action by Mary C. Burke, as executrix, etc., against Joseph F. Baker and others, impleaded with the city of New York. No opinion. Motion to amend judgment denied. Motion for reargument denied.

BUSHE et al. v. WRIGHT et al. (three cases). (Supreme Court, Appellate Division, First Department. April 20, 1906.) Actions by Eugene L. Bushe and another against Mary E. Wright and others. No opinion. Motion denied, with $10 costs. Order filed.

CAMPBELL et al., Appellants, v. EMSLIE, Respondent. (Supreme Court, Appellate Division, First Department. May 25, 1906.) Action by John A. Campbell and others against James Emslie. F. Pierce, for appellants. J. C. Thompson, for respondent.

PER CURIAM. Judgment and order affirmed. Order filed.

PATTERSON, J., dissents.

CARTIER v. PABST BREWING CO. (Supreme Court, Appellate Division, First Department. May 18, 1906.) Action by Elveina Cartier against the Pabst Brewing Company. No opinion. Motion denied, with $10 costs. Order filed.

CASSATT et al., Appellants, v. SPROUL, Respondent, et al. (Supreme Court, Appellate Division, First Department. April 20, 1906.) Action by J. Gardner Cassatt and another against George D. Sproul, impleaded. H. G. Ward, for appellants. J. M. Scribner, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

CEBALLOS et al., Respondents, v. MUNSON S. S. LINE, Appellant. (Supreme Court, Appellate Division, Second Department. May 4, 1906.) Action by Juan M. Ceballos and others against the Munson Steamship Line. No opinion. Motion granted to the extent only of resettling the order by inserting a recital that this court did not review the questions of fact

on the appeal herein, for the reason that there was no statement or certificate in the case showing that it contained all the evidence.

CHAMBERS, Respondent, v. BOYD, Appellant. (Supreme Court, Appellate Division, First Department. May 25, 1906.) Action by Sidney C. Chambers against George B. Boyd, as executor. C. N. Morgan, for appellant. L. Sturcke, for respondent. No opinion. Order affirmed, with costs. Order filed.

COHEN, Appellant, v. COHEN, Respondent. (Supreme Court, Appellate Division, First Department. April 20, 1906.) Action by Max M. Cohen against Cecilia Cohen. W. Weil for appellant. B. P. Kerooft, for respondent. No opinion. Order modified by reducing alimony to $10 per week, and counsel fee to $50, and, as modified, affirmed, without costs. Settle order on notice.

COHEN, Appellant, v. SUN INS. Co., Respondent. (Supreme Court, Appellate Division, First Department. April 20, 1906.) Action by Joseph C. Cohen against the Sun Insurance Company. H. Fluegelman, for appellant. R. Reubenstein, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re COMESKY. (Supreme Court, Appellate Division, Second Department. May 4, 1906.) In the matter of the petition of Frank Comesky for a writ of mandamus against Augustus A. Blacklege, supervisor, etc. No opinion. Motion to dismiss appeal granted, with costs, unless the appellant perfect his appeal and notice the case for argument in time for the next term. On compliance with these conditions, motion denied, without costs.

CONDON v. CHURCH OF ST. AUGUSTINE. (Supreme Court, Appellate Division, First Department. May 18, 1906.) Action by Patrick J. Condon against the Church of St. Augustine. No opinion. Motion denied. Order filed.

CORCORAN, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Appeal from Trial Term, New York County. Action by Emma Corcoran, as administratrix of the estate of Margaret Corcoran, against the city of New York. From a judgment dismissing the complaint at the close of plaintiff's case, she appeals. Affirmed. Dudley R. Horton, for appellant. Theodore Connoly, for respondent.

PER CURIAM. Affirmed with costs.

O'BRIEN, P. J. (dissenting). This action is brought for damages sustained by plaintiff by reason of the death of her intestate, alleged to have been caused by the negligence of the defendant in not erecting a sufficient barrier across the foot of Jerome Avenue at the place